UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 05 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEAGUE OF CALIFORNIA CITIES; et al., <br><br> Petitioners, <br><br> CITY OF COCONUT CREEK, FLORIDA; et al., <br><br> Intervenors, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, <br><br> Respondents, <br><br> CTIA - THE WIRELESS ASSOCIATION and THE WIRELESS INFRASTRUCTURE ASSOCIATION, <br><br> Intervenors. | No. 20-71765 <br><br> FCC No. 19-250 <br> Federal Communications Commission <br><br> **MANDATE** |
| CITY OF SEATTLE WASHINGTON; et al., <br><br> Petitioners, <br><br> COUNTY OF MARIN, California and SAN FRANCISCO CITY AND | No. 20-72734 <br><br> FCC No. FCC-20-75 <br> Federal Communications Commission |

COUNTY, California,

    Intervenors,

v.

FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,

    Respondents,

WIRELESS INFRASTRUCTURE ASSOCIATION and CTIA - THE WIRELESS ASSOCIATION,

    Intervenors.

---

CITY OF BOSTON, Massachusetts; et al.,

    Petitioners,

v.

FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,

    Respondents.

No. 20-72749

FCC No. FCC-20-75
Federal Communications Commission

---

The judgment of this Court, entered September 13, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT